```
McGREGOR W. SCOTT
United States Attorney
STANLEY A. BOONE
SHEILA K. OBERTO
Assistant U.S. Attorneys
3654 Federal Building
1130 "O" Street
Fresno, California 93721
Telephone: (559) 498-7272
```

**FILED**

MAR 3 1 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
           DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCHES OF:<br><br>291 N. Maple Avenue<br>Fresno, California 93702<br><br>115 S. Willow Avenue<br>Fresno California 93727<br><br>4530 E. Mono Street,<br>Fresno California 93702<br><br>346 S. Dearing Avenue<br>Fresno California 93702<br><br>820 North Street<br>Sanger California 93657<br><br>1638 10th Street<br>Sanger California 93657<br><br>622 Eastwood Avenue<br>Sanger California 93657 | S.W. NO.: **06SW00086** LJO<br><br>**UNDER SEAL**<br><br>ORDER SEALING SEARCH WARRANT AFFIDAVIT |

The United States of America, having applied to this Court, for an Order permitting it to file the search warrant and applicant and affidavit in the above-entitled proceedings, together with its Application to Seal, Memorandum of Points and Authorities and the accompanying Declaration of Stanley A.

1

1 | Boone, under seal, and good cause appearing therefor,

2 |     IT IS HEREBY ORDERED that the search warrant affidavit in the above-entitled proceeding, together with the Application To Seal of the United States Attorney and the accompanying Memorandum of Points and Authorities and Declaration of Stanley A. Boone, shall be filed with the Court in camera, under seal and shall not be disclosed pending further order of this court.

DATED: 3-31-06

LAWRENCE J. O'NEILL
U.S. Magistrate Judge

1