```
McGREGOR W. SCOTT
United States Attorney
STANLEY A. BOONE
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California  93721
Telephone:  (559) 497-4000
```

FILED
JUL 17 2006
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF:<br><br>291 N. Maple Avenue<br>Fresno, California 93702<br><br>115 S. Willow Avenue<br>Fresno California 93727<br><br>4530 E. Mono Street,<br>Fresno California 93702<br><br>346 S. Dearing Avenue<br>Fresno California 93702<br><br>820 North Street<br>Sanger California 93657<br><br>1638 10th Street<br>Sanger California 93657<br><br>622 Eastwood Avenue<br>Sanger California 93657 | 01: 06-SW-00082 LJO<br>01: 06-SW-00083 LJO<br>01: 06-SW-00084 LJO<br>01: 06-SW-00085 LJO<br>01: 06-SW-00086 LJO<br>01: 06-SW-00087 LJO<br>01: 06-SW-00088 LJO<br><br>ORDER TO UNSEAL SEARCH WARRANT AFFIDAVIT AND WARRANTS |

The search warrant affidavit in this case having been sealed by Order of this Court on March 31, 2006, and it appearing that the affidavits and warrants are not required to remain secret based upon the motion submitted by the government,

IT IS HEREBY ORDERED that the search warrant affidavits and warrants be unsealed and made public record.

DATED: 7/14/2006

_____
UNITED STATES MAGISTRATE JUDGE

1